IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAYSIN HOYLE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HARRINGTON RACEWAY, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 23-cv-00420-MN<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**

Plaintiff Jaysin Hoyle, on behalf of himself and all others similarly situated (Plaintiff"), and Defendant Harrington ("Defendant", and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have agreed to settle the above-captioned matter on a class-wide basis and jointly request the Court stay the matter, including the upcoming deadline to Answer or otherwise respond to the Amended Complaint. In support thereof, the Parties state:

1.　　On July 24, 2023, Plaintiff filed his First Amended Complaint. (D.I. 8).

2.　　On July 27, 2023, the parties stipulated to stay Defendant's deadline to respond to the Amended Complaint, in favor of pursuing early mediation. (D.I. 13).

3.　　On July 28, the Court referred the matter to Magistrate Judge Laura Hatcher for mediation (D.I. 14), and stayed the time to Answer or otherwise respond to the Amended Complaint for forty-five (45) days. (D.I. 15).

4.　　On September 13, 2023, the Parties participated in a mediation and agreed to settle this matter on a class-wide basis.

5.　　The Parties are currently preparing settlement documentation.

6. Plaintiff will be prepared to file a motion for preliminary approval of the class action settlement on or before November 20, 2023.

WHEREFORE, the Parties respectfully request that the Court grant the instant Motion and enter an Order staying the action and requiring Plaintiff to file a motion for preliminary approval of class action settlement on or before November 20, 2023.

Respectfully submitted this 18th day of September, 2023.

/s/ Lauren E.M. Russell
Lauren E.M. Russell, Esq. (No. 5366)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6003
E-mail: lrussell@potteranderson.com

*Attorneys for Defendant*

/s/ Daniel C. Herr
Daniel C. Herr, Esq. (No. 5497)
LAW OFFICE OF DANIEL C. HERR LLC
1225 North King Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 483-7060
Facsimile: (302) 483-7065
Email: dherr@dherrlaw.com

*Attorneys for Plaintiff*