IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAYSIN HOYLE, on behalf of himself and all others similarly situated, | * * * | C.A. No. 23-420-MN |
| Plaintiff, | * * | CLASS ACTION |
| v. | * * | |
| HARRINGTON RACEWAY, INC., | * * | |
| Defendant. | * | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S DEADLINE TO SUBMIT THE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

WHEREAS, Plaintiff initiated this action on April 17, 2023 (D.I. 1), thereafter filing his First Amended Complaint on July 24, 2023 (D.I. 8);

WHEREAS, the parties engaged in in-person mediation on September 13, 2023 and agreed to settle this matter on a class-wide basis;

WHEREAS, on September 18, 2023, the parties submitted a Joint Notice of Settlement and Motion to Stay (D.I. 23), indicating Plaintiff will submit a Motion for Preliminary Approval of the Class Action Settlement (the "Motion") on or before November 20, 2023;

WHEREAS, the Court Ordered that Plaintiff shall file the Motion on before November 20, 2023 (D.I. 35);

WHEREAS, the parties have diligently exchanged drafts of the Motion and related settlement agreement, and continue to confer concerning the same;

WHEREAS, while the parties anticipate no issues regarding the Motion and settlement agreement, they continue to provide one another edits to these documents and continue to confer concerning the same; and

1

WHEREAS, the parties have conferred and believe that a brief extension of Plaintiff's deadline to submit the Motion would be beneficial towards tying up loose ends and ensuring an appropriate Motion is filed along with a completely-agreed upon settlement agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties, subject to Court approval, that Plaintiff's deadline to submit the Motion is extended by eleven (11) days to on or before December 1, 2023.

| | |
|---|---|
| LAW OFFICE OF<br>DANIEL C. HERR LLC | POTTER ANDERSON &<br>CORROON LLP |
| */s/Daniel C. Herr*<br>Daniel C. Herr (No. 5497)<br>1225 N. King Street, Suite 1000<br>Wilmington, DE 19801<br>302-483-7060<br>dherr@dherrlaw.com<br>*Attorney for Plaintiff*<br>*and the Putative Class* | */s/Lauren E.M. Russell*<br>Lauren E.M. Russell (No. 5366)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>302-984-6003<br>lrussell@potteranderson.com<br>*Attorney for Defendant* |

SO ORDERED this _____ day of _____, 2023

_____
United States District Court Judge