# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **Jaysin Hoyle**, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**Harrington Raceway, Inc.**,<br><br>Defendant. | Case No. 1:23-cv-00420-MN |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN

Plaintiff, by and through counsel, respectfully moves the Court for an Order granting Preliminary Approval of Class Action Settlement and Notice Plan. Defendant does not oppose this Motion.

The Motion is supported by the accompanying memorandum of law; the Settlement Agreement and Exhibits (**Exhibit 1**); Declaration of Philip J. Krzeski in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice Plan (**Exhibit 2**); the Declaration of Jacob Kamenir in support of Plaintiff's Notice Plan (**Exhibit 3**); the record references set forth in the memorandum of law; and all of the records, files, and proceedings in this matter.

Respectfully,

**LAW OFFFICE OF DANIEL C. HERR, LLC**

Date: December 1, 2023

*/s/ Daniel C. Herr*
Daniel C. Herr (No. 5497)
1225 North King Street
Suite 1000

1

Wilmington, DE 19801
(302) 483-7060
Fax: (302) 483-7065
*DHerr@dherrlaw.com*

**CHESTNUT CAMBRONNE PA**
Philip J. Krzeski (admitted *pro hac vice*)
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*

**THE LYON FIRM**
Joseph M. Lyon (admitted *pro hac vice*)
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*

*Counsel for Plaintiff and Putative Class*