## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **Jaysin Hoyle**, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> **v.** <br><br> **Harrington Raceway, Inc.**, <br><br> Defendant. | Case No. 1:23-cv-00420-MN |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), as well as this Court's December 5, 2023 Order Granting Preliminary Approval of Class Action Settlement and Notice Plan (ECF No. 30), Plaintiff, through Class Counsel, respectfully brings this Motion to the Court awarding attorneys' fees, reimbursement of expenses, and a service award to Plaintiff Jennifer Boykin.

This Unopposed Motion is supported by the Memorandum of Law in Support of Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiff; the Declaration Philip J. Krzeski in Support of Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Award, Declaration of Jaysin Hoyle, and attached exhibits, and all files, records, and proceedings in this matter.

Plaintiff intends to file a proposed Order regarding Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Award.

1

Date: February 23, 2024                    Respectfully,

                                           **LAW OFFFICE OF DANIEL C. HERR, LLC**

                                           /s/ *Daniel C. Herr*
                                           Daniel C. Herr (No. 5497)
                                           1225 North King Street
                                           Suite 1000
                                           Wilmington, DE 19801
                                           (302) 483-7060
                                           Fax: (302) 483-7065
                                           DHerr@dherrlaw.com

                                           **CHESTNUT CAMBRONNE PA**
                                           Philip J. Krzeski (admitted *pro hac vice*)
                                           100 Washington Avenue South, Suite 1700
                                           Minneapolis, MN 55401
                                           Phone: (612) 339-7300
                                           Fax: (612) 336-2940
                                           pkrzeski@chestnutcambronne.com

                                           **THE LYON FIRM**
                                           Joseph M. Lyon (admitted *pro hac vice*)
                                           2754 Erie Ave.
                                           Cincinnati, OH 45208
                                           Phone: (513) 381-2333
                                           Fax: (513) 766-9011
                                           jlyon@thelyonfirm.com

                                           *Counsel for Plaintiff and Putative Class*

2