UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **Jaysin Hoyle**, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**Harrington Raceway, Inc.**,<br><br>Defendant. | Case No. 1:23-cv-00420-MN<br><br>Judge Maryellen Noreika |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jaysin Hoyle ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves for an Order: (1) granting final approval of the proposed settlement as memorialized in the Settlement Agreement ("S.A.") (ECF No. 28-1); (2) finally certifying the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e); and (3) granting Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award (ECF No. 32).

Concurrently herewith, Plaintiff submits a Memorandum of Law and accompanying declarations in support of this Motion. A proposed Order is attached to this Motion.

Date: March 26, 2024

Respectfully submitted,

*/s/ Daniel C. Herr*
Daniel C. Herr (No. 5497)
**LAW OFFFICE OF DANIEL C. HERR, LLC**

1

1225 North King Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 483-7060
Fax: (302) 483-7065
*DHerr@dherrlaw.com*

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*
*bbleichner@chestnutcambronne.com*

**THE LYON FIRM**
Joseph M. Lyon (admitted *pro hac vice*)
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*

*Counsel for Plaintiff and Settlement Class*