UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAYSIN HOYLE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br>vs.<br><br>HARRINGTON RACEWAY, INC.,<br><br>Defendant. | Case No. 1:23-cv-00420-MN<br>**CLASS ACTION**<br><br>**DECLARATION OF CHRISTOPHER LEUNG IN SUPPORT OF PLAINTIFFS MOTION FOR AN ORDER:**<br>(1) GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT;<br>(2) AWARDING ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL;<br>(3) AWARDING SERVICE AWARDS TO THE REPRESENTATIVE PLAINTIFFS; AND<br>(4) AWARDING REIMBURSEMENT OF SETTLEMENT ADMINISTRATION COSTS |

**DECLARATION OF CHRISTOPHER LEUNG ON NOTICE AND SETTLEMENT ADMINISTRATION**

I, Christopher Leung, declare as follows:

1. I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"). I am over the age of 18 and authorized to make this declaration on behalf of Simpluris and myself, and make this declaration based upon my own personal knowledge.

1

2. I submit this declaration to inform the Parties and the Court of the Claims Administration activities completed to date. This declaration describes the (1) intake of class member data and dissemination of direct notice, (2) the Settlement Website, (3) receipt and verification of correspondences, (4) receipt and processing of claim forms, and (5) receipt and processing of opt outs and objections.

3. *CAFA Notice.* On December 19, 2023, Simpluris mailed and emailed notifications to relevant state Attorneys Generals pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715.

4. *Notice Data.* On December 15, 2023, Simpluris received one (1) file from Defense Counsel containing potential class member data. After performing standard data hygiene and deduplication analysis, Simpluris identified 11,889 unique member records with valid mailing addresses.

5. *Notices.* On January 4, 2024, Simpluris disseminated Summary Notices with claim forms via U.S. First Class Mail to the 11,889 records with valid mailing addresses. A true and correct copy of the Summary Notice is attached as **Exhibit A**. As of April 18, 2024, 765 Summary Notices have been returned to Simpluris as undeliverable. Of the pieces returned, 549 included forwarding address information or were updated with new addresses as a result of skip trace address research and the notices were promptly remailed to the updated addresses. On February 12, 2024, Simpluris disseminated Reminder Summary Notices with claim forms via U.S. First Class Mail to 11,889 records with valid mailing addresses. A true and correct copy

of the Reminder Summary Notice is attached as **Exhibit B**. As of April 18, 2024, 568 Reminder Summary Notices have been returned to Simpluris as undeliverable. Of the pieces returned, 204 included forwarding address information or were updated with new addresses as a result of skip trace address research and the notices were promptly remailed to the updated addresses. To the best of my knowledge, approximately 98.1% of Class Members received notice of the Class Action Settlement.

6. *Settlement Website*. The Settlement Website was launched on January 4, 2024, and contained a Home page, a Frequently Asked Questions page, an Important Documents page providing downloadable documents (including, among other filed documents, the Complaint, Settlement Agreement, Preliminary Approval Order, Summary Notice, Long Form Notice, and Claim Form), an Important Dates page, a Contact page, and a module for class members to submit an Online Claim Form. As of April 18, 2024, there have been 2,504 page views and 554 unique visitors to the Settlement Website.

7. *P.O. Box*. The Settlement P.O. Box was established prior to January 4, 2023. As of April 18, 2024, zero (0) correspondences have been received to the Settlement P.O. Box.

8. *Email Inbox*. The Settlement email inbox was established prior to January 4, 2024. As of April 18, 2024, nine (9) emails have been received and all correspondences (6 emails) requiring a response have been responded to.

3

9. *Claim Forms.* Class members had until March 4, 2024, to submit an Online Claim Form or mail in a Paper Claim Form. As of April 18, 2024, Simpluris has received 213 timely Online Claim Form submissions, 11 late Online Claim Form submissions, 1,289 timely Postcard Claim Forms, and 86 late Postcard Claim Forms via mail. In totally, as of April 18, 2024, the Class had a 13% opt-in rate.

10. *Opt Outs.* Class members had until February 19, 2024, to file an Opt Out to the Settlement. As of April 18, 2024, no Opt Outs have been received by Simpluris.

11. *Objections.* Class Members had until February 19, 2024, to file an objection to the Settlement's terms. As of April 18, 2024, no objections have been received by Simpluris.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on this 23th day of April, 2024.

_____
Christopher Leung

# EXHIBIT A

In the lawsuit *Hoyle v. Harrington Raceway, Inc.*, Case No. l:23-cv-00420-MN (D. Del.) you are a class member if you received notice that your personal information was potentially compromised as a result of the data security incident that Harrington experienced in December 2022 (the "Data Incident").

## WHAT ARE THE SETTLEMENT BENEFITS AND TERMS?

Under the Settlement, Harrington has agreed to pay $400,000.00 into a Settlement Fund which will be distributed to Class Members who submit Valid Claims. Class Members who believe they suffered out-of-pocket losses or expenses as a result of the Data Incident may claim up to $1,000.00 for the reimbursement of sufficiently documented losses or expenses. All Class Members may also submit claims to receive additional cash payments of approximately $50.00, which will be *pro rata* adjusted up or down based on the balance of the Settlement Fund after payments for valid out-of-pocket loss or expense claims, settlement administration expenses, attorneys' fees and expenses, and any class representative service award. More information about the types of Claims and how to file them is available at www.HarringtonDataSettlement.com.

## WHAT ARE YOUR RIGHTS AND OPTIONS?

**Submit a Claim Form.** To qualify for a cash payment, you must timely mail a Claim Form that is attached to this notice or complete and submit a Claim Form online at www.HarringtonDataSettlement.com. Your Claim Form must be postmarked or submitted online no later than **March 4, 2024**. Simpluris is the Settlement Administrator.

**Opt Out.** You may exclude yourself from the Settlement and retain your ability to sue Harrington on your own by mailing a written request for exclusion to the Settlement Administrator that is postmarked no later than **February 19, 2024**. If you don't exclude yourself, you will be bound by the Settlement and give up your right to sue regarding the released claims.

**Objecting.** If you do not exclude yourself, you have the right to object to the Settlement. Written objections must be signed, postmarked no later than **February 19, 2024**, and provide the reasons for the objection. If you intend to file an objection, please review the full requirements for filing an objection located at www.HarringtonDataSettlement.com.

**Do Nothing.** If you do nothing, you will not receive a Settlement payment and will lose the right to sue regarding the released claims.

**Attend the Final Approval Hearing.** The Court will hold a Final Approval Hearing at **10:00 a.m.** on **April 25, 2024** to determine if the Settlement is fair, reasonable, and adequate. All persons who timely object to the Settlement may appear at the Final Approval Hearing.

**Who are the attorneys for the Plaintiff and the proposed Class?** The Court has appointed Philip J. Krzeski and Bryan L. Bleichner of Chestnut Cambronne PA and Joseph M. Lyon of the Lyon Firm to represent the Class.

**Do I have any obligation to pay attorneys' fees or expenses?** No. Attorneys' fees and expenses will be paid exclusively from the Settlement Fund as awarded and approved by the Court. Class Counsel will request attorneys' fees and litigation expenses in an amount not exceeding $133,333.33. The motion for attorneys' fees and expenses will be posted on the Settlement Website once it is filed.

**How much are the Class Representative Service Awards?** The Class Representative will seek a Service Award in the amount of $5,000.00 for his efforts in this case.

Who is the Judge overseeing this Settlement? Judge Maryellen Noreika of the United States District Court for the District of Delaware.

**Where may I locate a copy of the Settlement Agreement, learn more about the case, or learn more about submitting a Claim?** www.HarringtonDataSettlement.com

\*\*\* Please note that if you wish to submit a claim for compensation for out-of-pocket loses on the attached Claim Form, you will likely need to submit your claim online so that you can attach all information necessary to support your request for payment. If you wish to receive just a pro rata cash payment, the attached tear off claim form will suffice. A longer version of the Claim Form may be accessed on the Settlement Website.

**This Notice is a summary of the proposed Settlement.**

---



*Hoyle v. Harrington Raceway Data Settlement*
**PO Box 25225**
**Santa Ana, CA 92799**

**Hoyle v. Harrington Raceway Data Settlement**
**P.O. Box 25225**
**Santa Ana, CA 92799**

## NOTICE OF CLASS ACTION SETTLEMENT

**You may be entitled to submit a claim for monetary compensation under a class action settlement.**
**www.HarringtonDataSettlement.com**

**CLASS MEMBER UNIQUE ID:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLASS MEMBER UNIQUE ID:**

## CLAIM FORM

**Claims must be postmarked or submitted no later than March 4, 2024**

**Claimant Information:**
FULL NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP CODE: _____

**Monetary Compensation:**

1. **Pro Rata Cash Payment:** Would you like to receive a cash payment under the Settlement? (circle one)

   Yes    No

   *If you are a Settlement Class member, you may receive a cash payment of approximately $50.00, which will be increased or decreased pro rata from money remaining in the Settlement Fund after all claims are submitted. You do not need to suffer out-of-pocket losses or expense to select this option.*

2. **Verified Out-of-Pocket Losses or Expenses:** I would like to submit a claim for out-of-pocket monetary losses in the amount of $ _____ (not more than $1,000.00) due to out-of-pocket expenses and/losses I incurred as a result of the Data Incident. I understand that I am required to provide supporting third-party documentation to support my claim for out-of-pocket losses or expenses, such as providing copies of any receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation. I understand the Settlement Administrator may contact me for additional information before processing my claim. I understand that if I lack information and documentation supporting my claim for out-of-pocket losses or expenses, I will likely not receive compensation for this settlement benefit. I understand any monetary compensation I may receive under the settlement for expense or loss reimbursement is capped at $1,000.00.

By signing my name below, I swear and affirm that the information included on this Claim Form is true and accurate, and that I am completing this claim form to the best of my knowledge.

SIGNATURE: _____

«Barcode_encoded»
«Barcode_177991»

# EXHIBIT B

In the lawsuit *Hoyle v. Harrington Raceway, Inc.*, Case No. l:23-cv-00420-MN (D. Del.) you are a class member if you received notice that your personal information was potentially compromised as a result of the data security incident that Harrington experienced in December 2022 (the "Data Incident").

### WHAT ARE THE SETTLEMENT BENEFITS AND TERMS?

Under the Settlement, Harrington has agreed to pay $400,000.00 into a Settlement Fund which will be distributed to Class Members who submit Valid Claims. Class Members who believe they suffered out-of-pocket losses or expenses as a result of the Data Incident may claim up to $1,000.00 for the reimbursement of sufficiently documented losses or expenses. All Class Members may also submit claims to receive additional cash payments of approximately $50.00, which will be *pro rata* adjusted up or down based on the balance of the Settlement Fund after payments for valid out-of-pocket loss or expense claims, settlement administration expenses, attorneys' fees and expenses, and any class representative service award. More information about the types of Claims and how to file them is available at www.HarringtonDataSettlement.com.

### WHAT ARE YOUR RIGHTS AND OPTIONS?

**Submit a Claim Form.** To qualify for a cash payment, you must timely mail a Claim Form that is attached to this notice or complete and submit a Claim Form online at www.HarringtonDataSettlement.com. Your Claim Form must be postmarked or submitted online no later than **March 4, 2024**. Simpluris is the Settlement Administrator.

**Opt Out.** You may exclude yourself from the Settlement and retain your ability to sue Harrington on your own by mailing a written request for exclusion to the Settlement Administrator that is postmarked no later than **February 19, 2024**. If you don't exclude yourself, you will be bound by the Settlement and give up your right to sue regarding the released claims.

**Objecting.** If you do not exclude yourself, you have the right to object to the Settlement. Written objections must be signed, postmarked no later than **February 19, 2024**, and provide the reasons for the objection. If you intend to file an objection, please review the full requirements for filing an objection located at www.HarringtonDataSettlement.com.

**Do Nothing.** If you do nothing, you will not receive a Settlement payment and will lose the right to sue regarding the released claims.

**Attend the Final Approval Hearing.** The Court will hold a Final Approval Hearing at **10:00 a.m.** on **April 25, 2024** to determine if the Settlement is fair, reasonable, and adequate. All persons who timely object to the Settlement may appear at the Final Approval Hearing.

**Who are the attorneys for the Plaintiff and the proposed Class?** The Court has appointed Philip J. Krzeski and Bryan L. Bleichner of Chestnut Cambronne PA and Joseph M. Lyon of the Lyon Firm to represent the Class.

**Do I have any obligation to pay attorneys' fees or expenses?** No. Attorneys' fees and expenses will be paid exclusively from the Settlement Fund as awarded and approved by the Court. Class Counsel will request attorneys' fees and litigation expenses in an amount not exceeding $133,333.33. The motion for attorneys' fees and expenses will be posted on the Settlement Website once it is filed.

**How much are the Class Representative Service Awards?** The Class Representative will seek a Service Award in the amount of $5,000.00 for his efforts in this case.

Who is the Judge overseeing this Settlement? Judge Maryellen Noreika of the United States District Court for the District of Delaware.

**Where may I locate a copy of the Settlement Agreement, learn more about the case, or learn more about submitting a Claim?** www.HarringtonDataSettlement.com

\*\*\* Please note that if you wish to submit a claim for compensation for out-of-pocket loses on the attached Claim Form, you will likely need to submit your claim online so that you can attach all information necessary to support your request for payment. If you wish to receive just a pro rata cash payment, the attached tear off claim form will suffice. A longer version of the Claim Form may be accessed on the Settlement Website.

**This Reminder Notice is a summary of the proposed Settlement.**



*Hoyle v. Harrington Raceway Data Settlement*
**PO Box 25225**
**Santa Ana, CA 92799**

**Hoyle v. Harrington Raceway Data Settlement**
P.O. Box 25225
Santa Ana, CA 92799

## REMINDER NOTICE OF CLASS ACTION SETTLEMENT

**You may be entitled to submit a claim for monetary compensation under a class action settlement.**
www.HarringtonDataSettlement.com

**PLEASE DISREGARD THIS REMINDER NOTICE IF YOU HAVE ALREADY SUBMITTED A CLAIM FORM**

**CLASS MEMBER UNIQUE ID:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLASS MEMBER UNIQUE ID:**

## CLAIM FORM

**PLEASE DISREGARD THIS REMINDER NOTICE IF YOU HAVE ALREADY SUBMITTED A CLAIM FORM**
**Claims must be postmarked or submitted no later than March 4, 2024**

**Claimant Information:**

FULL NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP CODE: _____

**Monetary Compensation:**

1. **Pro Rata Cash Payment:** Would you like to receive a cash payment under the Settlement? (circle one)

    Yes         No

    *If you are a Settlement Class member, you may receive a cash payment of approximately $50.00, which will be increased or decreased pro rata from money remaining in the Settlement Fund after all claims are submitted. You do not need to suffer out-of-pocket losses or expense to select this option.*

2. **Verified Out-of-Pocket Losses or Expenses:** I would like to submit a claim for out-of-pocket monetary losses in the amount of $ _____ (not more than $1,000.00) due to out-of-pocket expenses and/losses I incurred as a result of the Data Incident. I understand that I am required to provide supporting third-party documentation to support my claim for out-of-pocket losses or expenses, such as providing copies of any receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation. I understand the Settlement Administrator may contact me for additional information before processing my claim. I understand that if I lack information and documentation supporting my claim for out-of-pocket losses or expenses, I will likely not receive compensation for this settlement benefit. I understand any monetary compensation I may receive under the settlement for expense or loss reimbursement is capped at $1,000.00.

By signing my name below, I swear and affirm that the information included on this Claim Form is true and accurate, and that I am completing this claim form to the best of my knowledge.

SIGNATURE: _____

«Barcode_encoded_»
«Barcode_177991»